UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

MAY 13 2024

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

ALASKA WILDLIFE ALLIANCE; et al.,

              Plaintiffs - Appellants,

  v.

UNITED STATES FISH AND WILDLIFE SERVICE; et al.,

              Defendants - Appellees,

  and

ALASKA OIL AND GAS ASSOCIATION; STATE OF ALASKA,

              Intervenor-Defendants - Appellees.

No. 23-35299

D.C. No. 3:21-cv-00209-SLG-KFR
U.S. District Court for Alaska, Anchorage

**MANDATE**

The judgment of this Court, entered March 19, 2024, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT